UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9282 PA (AGRx) | Date | April 22, 2025 |
|---|---|---|---|
| Title | Raul Uriarte-Limon v. Satvinder Sraon Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS - ORDER TO SHOW CAUSE**

    On December 16, 2024, in response to the Application for Stay and Early Mediation filed by defendants Sarvinder Sraon Inc. and Debra Lehmer ("Defendants") (Docket No. 16), the Court ordered the parties to participate in the ADR mediation program by no later than March10, 2025, and to file a Joint Status Report no later than seven days after the ADR proceeding was complete, advising the Court of the status of the alleged ADA violations and the parties' mediation efforts. (Docket No. 19.)

    On April 20, 2025, plaintiff Raul Limon-Uriarte ("Plaintiff") and Defendants filed a Joint Rule 26(f) Report summarizing the parties' settlement efforts to date as follows:

> "Plaintiff:
> No significant settlement discussions have occurred to date."
> Plaintiff prefers ADR procedure No. 1.
>
> Defendant:
> Agree there have been no significant settlement discussions. If the court can refer us to the Court mediation program I would agree. The [l]ast time I believe there was some miscommunication[], and it never was scheduled."

(Docket No. 29 at p. 3.) It thus appears from the Joint 26f Report that the parties never bothered to schedule the mediation ordered by the Court. Nor did the parties ever file the Joint Status Report required by the Court's December 16, 2024 Order.

    Accordingly, the Court orders counsel for the parties to show cause, in writing, on or before **Tuesday, April 29, 2025,** why they should not be each sanctioned up to $2,500 for failure to participate in the court ordered mediation and file the Joint Status Report. The failure to respond to this Order may result in the imposition of additional sanctions, including but not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9282 PA (AGRx) | Date | April 22, 2025 |
|---|---|---|---|
| Title | Raul Uriarte-Limon v. Satvinder Sraon Inc., et al. | | |

limited to dismissal of this action, or striking Defendants' Answer and entering Defendants' default.

    IT IS SO ORDERED.