UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9282 PA (AGRx) | Date | May 1, 2025 |
|---|---|---|---|
| Title | Raul Uriarte-Limon v. Satvinder Sraon Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **IN CHAMBERS - ORDER TO SHOW CAUSE**

Before the Court are the parties' responses to the Court's April 22, 2025 Order to Show Cause ("OSC"). (Docket Nos. 30, 34 & 35.) In its OSC, the Court ordered the parties to show cause why they should not be each sanctioned up to $2,500 for failure to participate in the court ordered mediation and file the Joint Status Report ordered by the Court on December 16, 2024. Having reviewed the responses, the Court orders that:

1. Plaintiff Raul Uriarte-Limon ("Plaintiff") and defendants Sarvinder Sraon Inc. and Debra Lehmer ("Defendants") shall complete the court ordered mediation and file the Joint Status Report originally ordered by the Court in its December 16, 2024 Order granting the Application for Stay and Early Mediation. (Docket No. 19.)

2. The parties shall complete the early mediation and file the Joint Status Report by no later than **June 9, 2025.** The Joint Status Report shall advise the Court of the status of the alleged ADA violations and the parties' mediation efforts.

3. The OSC is continued until June 9, 2025, and shall stand submitted as of that date.

The failure to respond or otherwise comply with this Order will result in the imposition of sanctions, including but not limited to monetary sanctions, dismissal of this action, or striking Defendants' Answer and entering Defendants' default.

IT IS SO ORDERED.