UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>vs.<br><br>Satvinder Sraon Inc.; Debra Lehmer; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:24-cv-09282-PA-AGR<br><br>ORDER |

[PROPOSED] ORDER - 1

1     Upon considering the Parties' Joint Motion to Dismiss IT IS HEREBY
2 ORDERED THAT this case is dismissed with prejudice as to all parties.
3
4     IT IS SO ORDERED.
5
6 DATED: June 9, 2025             _____
7                                                 Percy Anderson
8                                          United States District Judge

[PROPOSED] ORDER - 2